UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL B. FJERSTAD,                       )
                                           )
            Petitioners,                   )      CASE NO.      C08-274-RAJ-JPD
                                           )
      v.                                   )
                                           )
ROBERT PALMQUIST, *et al*.,                )      ORDER DISMISSING PETITION FOR
                                           )      WRIT OF MANDAMUS
            Respondent.                    )
_____ )

      The Court, having reviewed petitioner's petition for writ of mandamus, the parties' cross-

motions for summary judgment, petitioner's motion for an order to show cause, the Report and

Recommendation of Judge James P. Donohue, United States Magistrate Judge, petitioner's motion

to appoint counsel, and the remaining record, does hereby find and Order:

      (1)   The Court adopts the Report and Recommendation.

      (2)   Respondents' motion for summary judgment (Dkt. No. 13) is GRANTED.

      (3)   Petitioner's cross-motion for summary judgment (Dkt. No. 15) is DENIED.

      (4)   Petitioner's motion for an order to show cause (Dkt. No. 27) is DENIED.

      (5)   Petitioner's motion to appoint counsel (Dkt. No. 35) is DENIED.

      (5)   Petitioner's petition for writ of mandamus, and this action, are DISMISSED, without

1   prejudice, for failure to exhaust administrative remedies.

2   (6)    The Clerk is directed to send copies of this Order to petitioner, to counsel for

3          respondents, and to Judge Donohue.

4   DATED this 17th day of September, 2008.

5

6

7   _____
    The Honorable Richard A. Jones
8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  ORDER DISMISSING PETITION FOR
26  WRIT OF MANDAMUS - 2